UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Nydza Bou Maldonado, et al.    CIVIL NO. 97-1268 (DRD)

v.

Defendant(s) K-Mart Corp., et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 35 | ☒ GRANTED. |
| Date: July /13/1999 | ☐ DENIED. |
| Title: Motion Requesting Scheduling Conference | ☐ MOOT. |
| | ☐ NOTED. |
| The Initial Scheduling Conference is set for November 18, 1999 at 5:00 P.M. | |

RECEIVED AND FILED
99 OCT 27 PM 12:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10/25/99

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**