UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: November 18, 1999
**CIVIL NO. 97-1268 (DRD)**
LAW CLERK: Nathan J. Schulte

================================================================

**NYDZA BOU MALDONADO**, et al.,            Attorney: Eric Quetglas Jordan
   Plaintiffs,
   v.
**K-MART CORPORATION**, et al.,             Carlos A. González-Soler
   Defendants.

================================================================

An INITIAL SCHEDULING CONFERENCE was held today. The parties advised the Court as to the status of the case. The Plaintiffs have identified three experts–neurologist, examining physician and psychiatrist. Only one expert's report has not been served upon Defendants. Accordingly, the Court **ORDERS** the parties to comply with the following deadlines:

## DEADLINES

1) **Plaintiff to fully comply with FRCP 26** - Completed within **30 days**, that is **by December 24, 1999**;

2) **Defendants for experts to evaluate Plaintiff** (no duplicate evaluations) - Completed within **30 days**, that is **by December 24, 1999**;

3) **Defendants to fully comply with FRCP 26** - Completed within **60 days**, that is **by January 21, 2000**;

4) **All discovery ends (including locating deposition transcripts and redeposing if necessary)** - Completed within **60 days from today**, that is **by January 21, 2000**.

**NO EXTENSIONS** shall be granted. All deadlines are **FINAL** and **FATAL**.

The Court notes that a motion to dismiss has already been decided on the issue of jurisdiction amount in controversy. See (Docket No. 6). Therefore, the Court believes this case is not amenable to a challenge to jurisdictional amount via dispositive motion.

The **Pre-trial Conference** will be held on Monday, **February 16, 2000 at 4:30 p.m.** Trial will be scheduled for March 2000 either before a visiting judge or Judge Domínguez.

The Parties are strongly encouraged to explore settlement as discovery matures.

s/c: Counsel of record                          _____
                                                LAW CLERK
P:\FINALORD ERS\97-1268.MEM