**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
'00 JAN 26 AM 8. 49
CLERK'S OFFICE
U S DISTRICT COURT
(DRMN, P R)

Plaintiff(s) *Nidza Bou Maldonado, et al.*    CIVIL NO. 97-1268 (DRD)

v.

Defendant(s) *K-Mart Corporation, et al.*

| MOTION | ORDER |
|---|---|
| Docket entry no. 41 | ☐ GRANTED. |
| Date: January / 19 / 2000. | ☒ DENIED. |
| Title: Joint Motion Requesting Extension of Discovery Deadline | ☐ MOOT. |
| | ☐ NOTED. |

The parties have been litigating this case for almost three years. This case is NOT a complex case. The Court is interested in terminating the case prior to March 31, 2000. The parties are granted a final extension until February 29, 2000 to finish all the pending matters. The party at fault with non-compliance shall be severely sanctioned. Settlement/pre-trial is set for March 8, 2000 at 4:30 P.M. trial is to be expected prior to March 31, 2000. No further extensions are to be granted. It is so ordered.

IT IS SO ORDERED.

Date: ___1___ / 24 / 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

(42)

2