UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                DATE: March 8, 2000

**CIVIL NO. 97-1268 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

====================================================================

NYDZA BOU MALDONDO                    <u>Attorneys:</u> José QUETGLAS

    Plaintiff

    v.

K-MART CORPORATION                                Isabel GARCES

    Defendants

====================================================================

    PRETRIAL/SETTLEMENT CONFERENCE is held.  The parties inform that all discovery has been performed.  The only matter pending is the taking of some photographs which has been scheduled already.

    The case is ready for trial.  The parties have engaged in settlement negotiations.  Plaintiff has now made a new settlement demand which defendant will convey to clients and make a counter offer.

    It appearing there is a discrepancy as to how the accident occurred, the Court instructs plaintiff to brief the issue if it was his client or a third party who caused the accident.

    A Settlement Conference is set for **May 22, 2000 at 4:30 P.M.**

    Jury Trial is set for **June 5, 2000 at 9:00 A.M.**  Estimated trial length is three days.

                                                                         _____
                                                                         COURTROOM DEPUTY

s/c: Counsel of record & Jury Clerk