UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**   DATE: JULY 28, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**   **CASE NO. CIVIL 97-1268**

========================================================================

| NYDZA BOU MALDONADO | Attorneys:<br>For Plaintiffs: |
|---|---|
| VS | |
| KMART CORPORATION,<br>ET ALS. | For Defendant: |

========================================================================

In view of the fact that this is one of the cases that has recently been transferred to Judge Garcia the jury trial set for Monday, August 7, 2000 is hereby vacated. Instead a status conference will be held that same day at 10:00 AM before Judge Garcia. Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

S/cs to Jury Clerk