IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| BOU-MALDONADO, ET AL. | * | CIVIL NO. 97-1268(DRD) |
| Plaintiffs, | * | |
| v | * | |
| KMART CORPORATION, | * | |
| Defendant. | * | |
| | * | |

**ORDER**

By order of the court, this case is transferred to Judge Jay Garcia Gregory for further proceedings.

IT IS SO ORDERED.

At San Juan, P.R., this 24 day of July, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)

59