UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDZA MALDONADO BOU, et al

**Plaintiff(s)**

v.                                    CASE NUMBER: 97-1268 (JAG)

KMART CORPORATION, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/11/00<br>**Title:** Motion Requesting Order That Plaintiffs' Witness Mrs. Fonseca Shall Not Be Deposed At This Stage Of Proceedings<br>**Docket #** 63<br>[x] Plffs   [ ] Defts   [ ] Other | Moot. |

Date: 08/16/00

JAY A. GARCIA-GREGORY
U.S. District Judge