UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINUTES OF PROCEEDINGS:** | DATE: AUGUST 24, 2000 |
| BEFORE HONORABLE JAY A. GARCIA GREGORY | |
| COURTROOM DEPUTY: Lily **ALICEA** | **CASE NO.CIVIL 97-1268** |

===============================================================

NYDZA BOU MALDONADO

        VS

K-MART CORPORATION

Attorneys:
For Plaintiffs: ERIC QUETGLAS

For Defendant:
EILEEN LANDRON

===============================================================

    Case called for settlement conference. Attorney for plaintiff informed he has made arrangements for the taking of the deposition of Mrs. Nytza Fonseca on September 2, 2000. That her expenses, plus her children's, be paid by attorney for defendant. She cannot travel prior to that date since her children are in school and she does not have anybody to take care of them and that is why she has to travel to Puerto Rico with them.

    Attorney for defendant informs that they had made arrangements to have an attorney for K-Mart from South Carolina to take the deposition and attorney for plaintiff could travel there. After listening to attorney for plaintiff if the traveling expenses are reasonable they would prefer to take Mrs. Fonseca's deposition here.

    Attorney for plaintiff will provide the attorney for defendant this afternoon the estimated amount of the travel expenses of Mrs. Fonseca and then the Court would be informed as to where the deposition is to be held.

    **Trial date remains as set for September 12, 2000 at 9:30 AM. a pretrial settlement conference is set for September 6, 2000 at 4:00 PM**

                                            LILY ALICEA-COURTROOM DEPUTY