UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**              CASE NO. CIVIL 97-1268

====================================================================

NYDZA BOU MALDONADO                            Attorneys:
                                               For Plaintiffs: ERIC
                                               QUETGLAS
            VS
                                               For Defendant:
K-MART                                         EILEEN LANDRON
                                               EDUARDO VERA

====================================================================

Case called for further settlement conference. The Court and the parties were engaged in very strong settlement negotiations which at this point proved to be fruitless.

There is pending a motion for summary judgment. Attorney for defendant requested time to supplement the same. The Court granted them until September 15 to file it. Plaintiff was granted until September 29 to reply. Court advises the parties to fully brief their respective position taking into consideration the last case of June of this year which deals with the Res Ipsa Loquitur issue.

Jury trial is vacated and the same is rescheduled for **October 19, 2000 at 9:30 AM.**

Parties to be notified.

                                          _____
                                              LILY ALICEA
                                           COURTROOM DEPUTY

S/c to Jury Clerk