# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

NYDZA MALDONADO BOU, et al

   **Plaintiff(s)**

        v.                              **CASE NUMBER:** 97-1268 (JAG)

KMART CORPORATION, et al

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/19/00<br>**Title:** Motion to Accept Spanish Language Documents, etc.<br>**Docket:** 47<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Title:** Motion Requesting that K-Mart Motion for Summary Judgment not be Allowed on Untimeliness Grounds, etc. (by Plff, 06/13/00); Motion to Continue Jury Trial (by Dft, 07/28/00)<br>**Docket:** 53, 58<br>[ ] Plffs   [ ] Defts   [ ] Other | **MOOT.** |

**Date:** 10/03/00

JAY A. GARCIA-GREGORY
U.S. District Judge