UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDZA MALDONADO BOU, et al

**Plaintiff(s)**

v.                                    CASE NUMBER: 97-1268 (JAG)

KMART CORPORATION, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/11/00<br>**Title:** Motion Requesting Leave to File a Reply Instanter<br>**Docket:** 75<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

Date: 10/24/00

JAY A. GARCIA-GREGORY
U.S. District Judge