IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDZA BOU MALDONADO, et al.,

      Plaintiff

           v.

K-MART CORPORATION

      Defendants

CIV. NO. 97-1268 (JAG)

## JUDGMENT

The jury having rendered its Verdict by Special Interrogatories, judgment is entered accordingly.

The Jury's answer to Question 5A of the Special Interrogatories states that Defendant K-mart Corporation ("K-mart") must compensate Plaintiff, Nydza Bou ("Bou"), in the amount of $150,000.00, for her physical injuries, pains, disabilities and limitations suffered as a consequence of K-mart's negligence. Accordingly, the Court hereby orders K-mart to pay Bou the amount of $150,000.00.

The Jury's answer to Question 5B of the Special Interrogatories states that K-mart must compensate Bou in the amount of $50,000.00, for her mental and emotional pain, suffering, anguish, distress, shock and discomfort suffered as a consequence of K-mart's negligence. Accordingly, the Court hereby orders K-mart to pay Bou the amount of $50,000.00.

The Jury's answer to Question 6A of the Special Interrogatories states that Plaintiff Pablo Rodríguez Ryan is not entitled to receive monetary compensation for mental or emotional pain, suffering, anguish, distress, shock or discomfort as a consequence of K-mart's negligence.

The Jury's answer to Question 6B of the Special Interrogatories states that Plaintiff Pablo Rodríguez Ryan is not entitled to receive monetary compensation for loss of love, care, affection, spousal companionship, consortium, support and services as a consequence of K-mart's negligence.

The Jury's answer to Question 9 of the Special Interrogatories orders the damage award to be reduced in the amount of $20,000.00, given Bou's her failure to mitigate her damages.

Therefore, the Court hereby orders K-mart to compensate Bou in the net amount of $180,000.00.

Costs are awarded to Plaintiffs.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of October, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge