# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NYDZA MALDONADO BOU, et al

**Plaintiff(s)**

v.                                    **CASE NUMBER:** 97-1268 (JAG)

KMART CORPORATION, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/26/01<br>**Title:** Motion Requesting Withdrawal as Legal Counsel<br><br>**Docket:** 111<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** The court grants attorney Isabel Garcés Castro's request to withdraw as legal counsel for defendant Kmart Corporation in the present case. The court grants the defendant's new legal representation until February 23, 2001, to become acquainted with the case and continue all pending matters in the case. |

Date: February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


