UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                  DATE: JULY 11, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIV 97-1268 (JAG)

===================================================================
NYDZA BOU MALDONADO                         Attorneys:

             VS

K-MART CORPORATION
===================================================================

   The motion filed by attorney for defendant, #118, for setting of a settlement conference is hereby granted.  The same is hereby set for TUESDAY, JULY 17, 2001 AT 4:30 PM.

   Parties to be notified.

                                        _____
                                        Lily Alicea-Courtroom Deputy

