# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NYDZA BOU MALDONADO, ET AL

**Plaintiff(s)**

v.  **CIVIL NUMBER:**  97-1268 (JAG)

K-MART CORPORATION, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/18/01<br>**Title:** Motion for Leave to Withdraw Legal Representation<br>**Docket(s):** 122<br>[ ] Plff(s)   [ x ] Dft(s)   [ ] Other | **GRANTED.** |

**Date:** July 23, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


