**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
'01 AUG 16 PM 12: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

NYDZA BOU MALDONADO, ET AL

**Plaintiff(s)**

**v.** **CIVIL NUMBER:** 97-1268 (JAG)

K-MART CORPORATION, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/02/01<br>**Title:** Motion for Voluntary Dismissal Pursuant to Rule 41(a)(1) of Federal Rule Procedure<br>**Docket(s):** 124<br>[ ] **Plff(s)** [ ] **Dft(s)** [ ] **Other** | In view of the parties' settlement, the Court will not decide any pending post trial and post judgment motions.<br><br>Once the United States Court of Appeals for the First Circuit acts on the parties Notice of Voluntary Dismissal of Appeal and the mandate is issued, this Court will vacate its prior judgment (Docket #96 and enter a new judgment dismissing the complaint based on the parties' joint request. |

**Date:** August 10, 2001

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**



