IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDZA BOU MALDONADO, et al

**Plaintiff(s)**

v.   CIVIL NO. 97-1268 (JAG)

KMART CORPORATION, et al

**Defendant(s)**

## ORDER AND JUDGMENT

The Court vacates the Judgment entered on October 27, 2000 (Docket #96) and enters judgment dismissing the Complaint with prejudice pursuant to the Motion for Voluntary Dismissal Pursuant to Rule 41(a)(1) of Federal Rule Procedure (Docket #124).

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge


